[No. 30700-0-III.   Division Three.   February 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE KEITH TRAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00539-2, Craig J. Matheson, J., entered February 22, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, A.C.J., and Kulik, J. Pro Tem.

[No. 30945-2-III.   Division Three.   February 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE ENRIQUE RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50465-3, Vic L. VanderSchoor, J., entered June 14, 2012. *Affirmed* by unpublished opinion per Antosz, J. Pro Tem., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 30978-9-III.   Division Three.   February 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON LEROY BRIDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01968-7, Ruth E. Reukauf, J., entered June 21, 2012. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Fearing, J., and Kulik, J. Pro Tem.

[No. 31155-4-III.   Division Three.   February 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMIE WAYNE MOSER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01463-4, Craig J. Matheson, J., entered September 19, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.